

# Service of Process Transmittal
06/03/2021
CT Log Number 539669610

**TO:** Sue Carlson
Target Corporation
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403-2542

**RE:** **Process Served in Illinois**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | STACY ARNS, Pltf. vs. TARGET CORPORATION, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2021L3828 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/03/2021 at 04:10 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | Due to the illegible condition of the enclosed documents, CTs transmittal may be incomplete |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/03/2021, Expected Purge Date: 06/08/2021<br><br>Image SOP<br><br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / AK

EXHIBIT C



## PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Thu, Jun 3, 2021 |
| Server Name: | Sheriff Drop |
| Entity Served | TARGET CORPORATION |
| Case Number | 2021L3828 |
| Jurisdiction | IL |



EXHIBIT C

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons        (03/15/21) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

**STACY ARNS**

Plaintiff(s)

v.

**TARGET CORPORATION**
Serve:
Target Corporation
c/o CT Corporation Services Defendant(s)
208 S. LaSalle St. Suite 814
Chicago IL 60604

Address of Defendant(s)

Case No. 2021 l 3828

Please serve as follows (check one):  ○ Certified Mail   ○ Sheriff Service   ● Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE IS A FEE TO FILE YOUR APPEARANCE.**

**FILING AN APPEARANCE:** **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

**EXHIBIT C**

Summons - Alias Summons (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

5/20/2021 9:03 AM IRIS Y. MARTINEZ

Atty. No.: 38274
Pro Se 99500
Name: THE KRYDER LAW GROUP, LLC
Atty. for (if applicable): PLAINTIFF
Address: 134 N LASALLE STREET, SUITE 1515
City: CHICAGO
State: IL  Zip: 60602
Telephone: 312-223-1700
Primary Email: info@kryderlaw.com

Witness date _____
_____
Iris Y. Martinez, Clerk of Court

Service by Certified Mail: _____

Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

**EXHIBIT C**

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551



EXHIBIT C

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons (03/15/21) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

STACY ARNS

_____
Plaintiff(s)

v.

TARGET CORPORATION
c/o Serve:
Target Corporation
CT Corporation Services
208 S. LaSalle St. Suite 814
Chicago IL 60604
_____
Defendant(s)
Address of Defendant(s)

Case No. 2021 L 3828

Please serve as follows (check one):  ☐ Certified Mail  ☐ Sheriff Service  ● Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE IS A FEE TO FILE YOUR APPEARANCE.**

**FILING AN APPEARANCE:** Your appearance date is NOT a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE**, unless you are unable to eFile your appearance/answer. You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

EXHIBIT C

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Atty. No.: 38274
Pro Se 99500
Name: THE KRYDER LAW GROUP, LLC
Atty. for (if applicable):
PLAINTIFF
Address: 134 N LASALLE STREET, SUITE 1515
City: CHICAGO
State: IL Zip: 60602
Telephone: 312-223-1700
Primary Email: info@kryderlaw.com

5/20/2021 9:03 AM IRIS Y. MARTINEZ
Witness date _____

_____
Iris Y. Martinez, Clerk of Court

Service by Certified Mail: _____

Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

**EXHIBIT C**

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:  (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:  (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:  (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:  (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:  (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:  (708) 232-4551

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 3 of 3

EXHIBIT C



DIE DATE 06/13/2021
SERVICE INF C/O CT COR
ATTACHED
DOC. TYPE: LAW
CASE NUMBER: 2021L3828
DEFENDANT
TARGET CORPORATION
208 S LASALLE ST
CHICAGO, IL 60604
SUITE 814

| | | | FILED |
|---|---|---|---|
| STATE OF ILLINOIS | ) | | 4/12/2021 2:10 PM |
| | ) SS. | | IRIS Y. MARTINEZ |
| | | | CIRCUIT CLERK |
| COUNTY OF COOK | ) | | COOK COUNTY, IL |
| | | | 2021L003828 |

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| STACY ARNS ) | |
| ) | |
| Plaintiff, ) | **2021L003828** |
| ) | |
| v. ) | |
| ) | |
| TARGET CORPORATION ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, STACY ARNS, by and through their attorney, THE KRYDER LAW GROUP, LLC, and complains of the Defendant, TARGET CORPORATION, as follows:

1. On or about October 11, 2019, Defendant, TARGET CORPORATION, individually and by and through its agents and/or employees, owned, operated, maintained, and/or controlled a property complex located at 1001 South Sutton Road in the City of Streamwood, State of Illinois.

2. On or about October 11, 2019, Plaintiff, STACY ARNS, was a customer at the property and lawfully on the aforementioned premises.

3. On or about October 11, 2019, Defendant, TARGET CORPORATION, individually and by and through its agents and/or employees, allowed water to collect on its floors at the premises, creating a dangerous and unsafe condition.

1

**EXHIBIT C**

4. At the aforementioned time and place, Plaintiff, STACY ARNS, slipped and fell on a pool of foreign liquid or substance collecting on the floor in aisle W27, thereby causing her injury.

5. At the aforementioned time and place, Defendant, TARGET CORPORATION, individually and by and through its agents and/or employees, knew or should have known that allowing a foreign substance to remain on its floors represented a danger to those lawfully on the premises.

6. At all times material to this matter, Defendant, TARGET CORPORATION, individually and by and through its agents and/or employees, had a duty to ensure that its floors were safe for all those legally on said premises, including the Plaintiff, STACY ARNS.

7. At all times material to this matter, Plaintiff, STACY ARNS, was exercising due care and was free of contributory fault.

8. That at the aforementioned time and place, Defendant, TARGET CORPORATION, individually and by and through his agents and/or employees, breached this duty in one or more of the following ways:

   a. Carelessly and negligently operated, managed, maintained, inspected, and/or controlled the premises;

   b. Negligently and knowingly allowed its floors to remain in an unsafe condition, knowing or where they should have known in the exercise of reasonable care, that it would create a dangerous condition to those lawfully on the premises;

   c. Negligently and knowingly failed to post proper warnings of the dangerous condition that existed, knowing or where they should have known in the exercise of reasonable care, that such warnings were necessary to ensure the safety of Plaintiff and all others on the premises;

   d. Failed to follow its policies and procedures for inspection of the premises;

EXHIBIT C

  e. Failed to ensure that its floors were safe for use;

  f. Negligently allowed a foreign liquid or substance to accumulate on the floor so that it created an unsafe condition for Plaintiff; and

  g. Was otherwise careless and/or negligent.

9. That as a direct and proximate result of one or more of the aforementioned careless and negligent acts and/or omissions of the Defendant, TARGET CORPORATION, the Plaintiff, STACY ARNS, then and there sustained severe and permanent injuries and was, and will be hindered and prevented from attending to her usual duties and affairs of life and has lost and will lose the value of that time as aforementioned. Further, Plaintiff, STACY ARNS suffered great pain and anguish, both in mind and body, and will in the future, continue to suffer. Plaintiff further expended and became liable for large sums of money for medical care and services while endeavoring to become healed and cured for her injuries.

WHEREFORE, the Plaintiff, STACY ARNS, demands judgment against the Defendant, TARGET CORPORATION, in a sum greater than $50,000 (Fifty Thousand Dollars) plus costs of this case and any additional relief this Court deems fair and just.

                 Respectfully Submitted:

              By:  */s/Ryan McGovern*
                 One of Plaintiff's Attorneys

The Kryder Law Group, LLC
134 N. LaSalle St., Ste. 1515
Chicago, IL 60602
(312) 223-1700
Attorney No.: 38274

3

EXHIBIT C